IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY PLUNKETT and ETHEL JUNE MARANAN, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | Civil Action No.: 3:23-cv-02684-L-BN |
| v. | § § | COLLECTIVE ACTION |
| FIRSTKEY HOMES, LLC, | § § | (JURY TRIAL) |
| Defendant. | § § | |

## JOINT REPORT AND JOINT MOTION TO EXTEND DEADLINES

Plaintiffs Jeffrey Plunkett and Ethel June Maranan, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendant FirstKey Homes, LLC ("Defendant") (collectively, the "Parties") file this Joint Report and Joint Motion to Extend Deadlines and respectfully show as follows:

Pursuant to this Honorable Court's Memorandum Opinion and Order dated May 22, 2024 [Dkt. 52], the Parties conferred by telephone on May 29, 2024, June 7, 2024, and June 11, 2024 about the reasonable amount of attorneys' fees and costs to be awarded to Plaintiffs' counsel with respect to Plaintiffs' Emergency Motion for Protective Order and Other Relief.

Discovery-related matters were also addressed in the Parties' conferences of June 7, 2024, and June 11, 2024.

Following extensive discussions, the Parties have agreed to mediate this entire case, including the issue of the reasonable amount of attorneys' fees and costs to be awarded to Plaintiffs' counsel with respect to the Court's Memorandum Opinion and Order on Plaintiffs' Emergency Motion for Protective Order and Other Relief.

1

Accordingly, the Parties have confirmed a full-day mediation, to be conducted on July 17, 2024 with mediator Eric Galton in Austin, Texas. Parties and counsel will be present at the mediation.

In order to allow the Parties a full opportunity to mediate this case, the Parties respectfully request that the Court briefly extend the deadlines in this matter as follows:

- Plaintiffs' application for attorneys' fees and costs as described in the Court's Memorandum Opinion and Order dated May 22, 2024 [Dkt. 52] is currently due on June 19, 2024. In the event that this issue is not resolved at the upcoming mediation on July 17, 2024, the Parties propose to move the briefing schedule on Plaintiffs' application for attorneys' fees and costs as follows:
    - Plaintiffs' application due by July 19, 2024;
    - Defendant's response due by August 9, 2024; and
    - Plaintiffs' reply due by August 23, 2024.
- The deadline to complete pre-notice discovery is currently July 17, 2024; however, this deadline may be extended by the Parties by a written mutual agreement. [Dkt. 40, at p. 3]. The Parties have agreed to extend the deadline to complete pre-notice discovery to September 6, 2024.
- The Parties propose to move the briefing schedule for Plaintiffs' Motion for FLSA Certification and Notice by two weeks, as follows:
    - Plaintiffs' motion due by September 20, 2024
    - Defendant's response due by October 21, 2024; and
    - Plaintiffs' reply due by November 5, 2024.

This Joint Motion to Extend Deadlines is not brought for purposes of delay, but solely so that justice may be served.

DATED:  June 11, 2024  Respectfully submitted,

/s/ Rhonda H. Wills
Rhonda H. Wills
Attorney-in-Charge
Texas Bar No. 00791943
Patrick J. Raspino
Texas Bar No. 24105976
WILLS LAW FIRM, PLLC
1776 Yorktown, Suite 570
Houston, Texas 77056
Telephone: (713) 528-4455

Kobby T. Warren
Texas Bar No. 24028113
WARREN HEALY, PLLC
1910 Pacific Avenue, Suite 10500
Dallas, Texas 75201
Telephone: (214) 999-9499

**ATTORNEYS FOR PLAINTIFFS**

/s/ Kathleen M. Anderson
Kathleen M. Anderson
N.D. Texas Bar No. 1635192IN
Mark D. Scudder
BARNES & THORNBURG LLP
888 S. Harrison Street, Suite 600
Fort Wayne, IN 46802
Telephone: (260) 425-4657

Benjamin T. Pendroff
Texas Bar No. 24094893
Victor D. Vital
Texas Bar No. 00794798
BARNES & THORNBURG LLP
2121 N. Pearl St., Suite 700
Dallas, Texas 75201
Telephone: (214) 258-4200

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

  I, the undersigned counsel, hereby certify that the foregoing document has been electronically filed with the clerk of the Court by using the CM/ECF system, which will in turn send a notice of the electronic filing to all counsel of record, on this 11th day of June, 2024.

                   */s/Rhonda H. Wills*
                   Rhonda H. Wills