IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEFFREY PLUNKETT, et al., § | |
| § | |
| Plaintiffs, § | Civil Action No.: 3:23-cv-02684-L-BN |
| § | |
| v. § | |
| § | COLLECTIVE ACTION |
| § | |
| FIRSTKEY HOMES, LLC, § | |
| § | |
| Defendant. § | (JURY TRIAL) |

**PROPOSED ORDER**

The Court has considered the Parties' Joint Motion to Approve FLSA Settlement and Plaintiffs' Supplemental Motion for Approval of FLSA Settlement and Unopposed Request for Attorneys' Fees. Having reviewed the Parties' Joint Motion and Plaintiffs' Supplemental Motion, the Court is of the opinion that the Motions should be GRANTED. It is hereby ORDERED that:

1. The Settlement Agreement and Release ("Settlement Agreement") is APPROVED as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act;

2. The requested collective action class set forth in the Settlement Agreement is certified for settlement purposes only, and the parties are directed to distribute the Notice and Consent forms to putative collective action class members by U.S. Mail, email and/or text message;

3. In the event that any member of the settlement class contacts FirstKey Homes, LLC ("FirstKey") regarding the settlement, FirstKey is authorized to respond with information contained in the following:

   > FirstKey fully supports the terms of the settlement. If you have any questions, please contact Plaintiffs' lead counsel, Rhonda H. Wills, via email at info@rwillslawfirm.com or telephone at (713) 528-4455.

4. Simpluris is APPOINTED as the Claims Administrator for the settlement;

5. The amounts to be paid to the Plaintiffs and those that join in on the settlement in accordance with Exhibit A to the Settlement Agreement are APPROVED.

6. The administrative fee as set forth in the Settlement Agreement is APPROVED;

7. Service awards as set forth in the Settlement Agreement are APPROVED;

8. The request for attorneys' fees to Plaintiffs' counsel as set forth in the Settlement Agreement is reasonable and is APPROVED;

9. Reimbursement of Plaintiffs' counsel's litigation expenses and costs as set forth in the Settlement Agreement is APPROVED; and

10. The Court will retain jurisdiction over disputes related to the Settlement Agreement.

IT IS SO ORDERED.

SIGNED this ____ day of _____, 2024, at Dallas, Texas.

_____
Hon. David L. Horan
United States Magistrate Judge